## MOWER COUNTY *vs.* F. I. CRANE *et al.*

Submitted on briefs Oct. 4, 1892. Decided Oct. 29, 1892.

**Delinquent Taxes—Statute of Limitations.**

The proceedings *held* barred by the statute of limitations. *Redwood Co.* v. *Winona & St. P. Land Co.*, 40 Minn. 512, followed.

Case certified from the District Court of Mower County, *Farmer, J.*, in proceedings to enforce payment of delinquent real estate taxes in that county.

This is a proceeding instituted under the general tax law to recover a judgment against the north half of section twenty-two, (22,) Township one hundred and three, (103,) Range sixteen, (16,) in Mower County, for taxes thereon delinquent on the first Monday in January, 1892. To the list of delinquent taxes filed with the clerk of the court, F. I. Crane, as assignee of W. T. Wilkins and Fay R. Smith, insolvents, filed an answer. The county replied. On the issues thus formed, the case was tried April 13, 1892. On August 22, 1892, findings were made, and judgment ordered against the land for $416. At the request of Crane, the court made a statement of the facts and of its decision thereon, and certified it to this court for its opinion on the questions of law involved. From this statement, it appears that the delinquent taxes for which judgment is sought were for the years 1864, 1865, 1866 and 1867; that the land was sold at tax sale in 1868 to pay the taxes for these years, to one Daniels, who assigned the certificate to one Anderson. On April 15, 1880, in an action in the District Court of Mower County, the certificates were declared void and canceled. The money paid at the sale was refunded to Anderson's assignee, and the county included the amount so refunded in and extended it against the land upon the tax books for 1880. This amount not being paid, the same was returned as delinquent June 1, 1881. Thereafter the delinquent tax list for 1880, including this refund, was filed in the office of the Clerk of the District Court. Proceedings were taken to recover a tax judgment against the land for the amount so charged against it. On April 6, 1882, judgment was rendered dismissing

the proceedings for want of jurisdiction. No further proceedings were taken to reassess the land for these taxes, or to enforce their payment, until March 28, 1891, when the present proceeding was commenced.

The questions certified were these: (1) Is the judgment rendered April 6, 1882, a bar to these proceedings? (2) Is the right to maintain these proceedings barred by the statute of limitations?

*Kingsley & Shepherd,* for appellant.

*French & Wright,* for respondent.

MITCHELL, J. This case is controlled by that of *Redwood Co.* v. *Winona & St. P. Land Co.,* 40 Minn. 512, (42 N. W. Rep. 473.)

The only distinction attempted to be drawn between that case and this is that in the latter previous attempts had been made to levy and collect taxes for the same years. But this is immaterial, as all prior attempts to levy the taxes were void, and consequently all proceedings to enforce their collection were futile, and had been finally determined adversely to the county nearly nine years before the present proceedings were commenced.

The proceedings were barred by the statute of limitations, and the case is remanded to the district court, with directions to dismiss.

(Opinion published 53 N. W. Rep. 629.)